Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEVEN CHURCH, et al

    Plaintiff

vs.                                            Civil No.    21-2815    (CKK)

JOSEPH R. BIDEN, et al                         Category   D

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __10/26/2021__ from __Judge Tanya S. Chutkan__ to __Judge Colleen Kollar-Kotelly__ by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Tanya S. Chutkan      & Courtroom Deputy
      Judge Colleen Kollar-Kotelly    & Courtroom Deputy
      Liaison, Calendar and Case Management Committee