IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN CHURCH,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **JOSEPH R. BIDEN,** *et al.*, <br><br> Defendants. | Civil Action No.: 1:21-cv-2815 (CKK) <br><br> ORAL ARGUMENT REQUESTED |

**EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER
AND MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs[1], by and through undersigned counsel, file this Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Application") against Defendants[2] seeking to enjoin the enforcement of the mandatory vaccination provisions contained in Secretary Austin's Order dated August 24, 2021 ("DoD Order") and President Biden's Executive Order 14043 ("E.O. 14043") (collectively, "Vaccine Mandates").

---

[1] Steven Church, Lesley Church, Alma Gonzalez, Dynika Barnwell, Doug Czerwinski, Jason Coffey, Joshua Schmidt, Melina Royer, Tamika Walls, Jaime Espitia, Somer Stephens, Alex Berne, Alan Camp, Stephanie Perrotta, Christopher Axtell, Grace Brown, Kristofor Hallfrisch, Dorothy Morgan, Andrew Soto and Christopher Hall (collectively, "Plaintiffs").

[2] Joseph R. Biden, *in his official capacity as President of the United States*, Lloyd J. Austin III, *in his official capacity as Secretary of Defense*, Antony J. Blinken, *in his official capacity as Secretary of State*, Janet Yellen, *in her official capacity as Secretary of Treasury*, Lloyd Austin, *in his official capacity as Secretary of Defense*, Merrick B. Garland *in his official capacity as United States Attorney General*, Debra Ann Haaland *in her official capacity as Secretary of Interior*, Thomas J. Vilsack, *in his official capacity as Secretary of Agriculture*, Gina M. Raimondo, *in her official capacity as Secretary of Commerce,* Martin J. Walsh, *in his official capacity as Secretary of Labor,* Xavier Becerra, *in his official capacity as Secretary of Health and Human Services,* Marcia L. Fudge, *in his official capacity as Secretary of Housing and Urban Development,* Peter Buttigieg *in his official capacity as Secretary of Transportation,* Jennifer Granholm, *in her official capacity as Secretary of Energy,* Miguel Cardona, *in his official capacity as Secretary of Education,* Denis McDonough, *in his official capacity as Secretary of Veterans Affairs,* Alejandro Mayorkas, *in his official capacity as Secretary of Homeland Security,* Clarence W. Nelson II, *in his official capacity as Administrator of the National Aeronautics and Space Administration,* Kilolo Kijakazi, *in her official capacity as Acting Commissioner of the Social Security Administration,* and Robin Carnahan, *in her official capacity as Administrator of General Services Administration* (collectively, "Defendants").

Prior to filing this Application, and consistent with LCvR 65.1(a), Plaintiffs contacted counsel for Defendants and provided notice that Plaintiffs would be filing this Application today. Plaintiffs also sent defense counsel copies of all papers submitted with their Verified Complaint in this action and the materials submitted herewith. It is Plaintiffs' understanding that Defendants oppose the relief sought by this Application.

Plaintiffs respectfully request that the Court schedule a hearing on this Application at the Court's earliest convenience because the deadline by which Plaintiffs must be inoculated November 8, 2021 in order to be considered "fully vaccinated" by November 22, 2021.

In support of this Application, Plaintiff refers the Court to (1) Plaintiff's Memorandum of Law in Support of Their Application for Temporary Restraining Order and Preliminary Injunction; and (2) the Verified Complaint and relevant attachments thereto.

Dated: October 27, 2021.

        Respectfully submitted,

By: /S/ MICHAEL A. YODER
Michael A. Yoder [1600519]
THE LAW OFFICE OF MICHAEL A. YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 22202
Tel: (571) 234-5594
Fax: (571) 327-5554
michael@yoderesq.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2021, that I contacted counsel for Defendants and provided notice that Plaintiffs would be filing this Application today, sent defense counsel copies of all papers submitted with this Motion and Plaintiffs' Verified Complaint in this action and the documents and attachments submitted therewith, and that the aforesaid documents have been provided to a private process server who will immediately commence service of process.

By: /S/ MICHAEL A. YODER
Michael A. Yoder