IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 21-cv-2815 (CKK) |

## NOTICE

Defendants respectfully submit this notice in response to the Court's minute order dated October 27, 2021.

1. With respect to the Plaintiffs who are civilian federal employees, guidance to agencies from the Safer Federal Workforce Task Force provides as follows:

> **Q: If an employee requests an accommodation, and that accommodation is denied, how long should the employee be afforded to be fully vaccinated?**
>
> A: Agencies should require that an employee whose request for an accommodation is denied receive their first (or, if a one-dose series, only) dose within two weeks of the final determination to deny the accommodation. If receiving a two-dose series, the employee must receive the second dose within 6 weeks of receiving the first dose.
>
> If the employee received a first dose of a two-dose series prior to seeking an accommodation, agencies should require that the employee receive their second dose within two weeks of the final determination to deny the accommodation or within a week of the earliest day by which they can receive their second dose, whichever is later.

Safer Federal Workforce Task Force, Frequently Asked Questions, Vaccinations, https://www.saferfederalworkforce.gov/faq/vaccinations; *see also* Defs.' Response in Opp'n to Pl.'s Mot. for Prelim. Inj., *Foley v. Biden*, No. 4:21-cv-01098-O, at 8, ECF No. 16 (N.D. Tex. Oct. 5, 2021) ("Per Task Force guidance, an employee who fails to provide proof of vaccination or request an exception by November 8, 2021, may be subject to discipline, but an employee who requests an

exception will not be subject to discipline while the request is under consideration. If an exception request is denied, the employee will be given two weeks from the denial within which to receive the first (or only) dose of a COVID-19 vaccine before being subject to discipline." (citation omitted)).

The Defendant agencies in this case intend to follow the Safer Federal Workforce Task Force guidance; accordingly any civilian Plaintiff in this case who has already submitted a request for a religious exception to their employer—as they all allege they have, *see* Compl. ¶¶ 60-77—will not be subject to discipline while that request is pending, and will generally have two weeks from any final determination denying the request in which to begin the vaccination process.[1] If any of the civilian Plaintiffs receives a final determination denying their requests for a religious exception during the pendency of Plaintiffs' TRO/PI motions, Defendants will notify the Court.

2.  With respect to the two Plaintiffs who are active duty members of the Marine Corps, the Department of the Navy and Marine Corps have issued guidance to implement the Secretary of Defense's August 24, 2021 directive requiring COVID-19 vaccination to be added to the list of inoculations required by all service members. On August 30, 2021, the Secretary of the Navy directed active duty members of the Navy and Marine Corps, including the two Marine Corps Plaintiffs, to be fully vaccinated within 90 days (i.e., by November 28, 2021). ALNAV 062/21 ¶ 4. The Marine Corps' implementation guidance sets forth a process for a Marine to seek medical exemptions and administrative exemptions (e.g., religious accommodations). MARADMIN 462/21 ¶¶ 3j, 3k. No Marine with a pending exemption request will be disciplined or separated while his request is

---

[1] Two caveats bear mention. First, one Plaintiff, Stephanie Perrotta, is subject to a Department of Veterans Affairs vaccine policy for healthcare professionals that pre-dated Executive Order 14043. Ms. Perrotta has submitted a request for a religious exemption, which is currently pending. Like the other civilian Plaintiffs, Ms. Perrotta will not be subject to discipline while her exception request is pending. One other Plaintiff, Lesley Church, is an employee of the Department of Defense Office of Inspector General. This Plaintiff will also not be disciplined while her exception request is pending, though DOD policy does not state an explicit timeframe for how long Ms. Church will be afforded to become vaccinated in the event her request is denied.

pending.[2] MARADMIN 533/21 ¶¶ 2.c.3, 2.c.4, Exs. 2, 3. If either of the two Marine Corps Plaintiffs' religious accommodation requests are fully denied, to include administrative appeals, during the pendency of Plaintiffs' TRO/PI motions, Defendants will notify the Court.[3]

Dated: October 28, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

CHRISTOPHER HALL
CARLOTTA P. WELLS
Assistant Directors

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
ANDREW E. CARMICHAEL
Senior Trial Counsels
United States Department of Justice
Civil Division, Federal Programs Branch

---

[2] Although no Marine will be separated or otherwise disciplined while his exemption request is pending, the Department of the Navy may involuntarily delay promotions of Officers while their exception requests are pending. 1st Lt. Soto is scheduled to be promoted to the rank of Captain on December 1, 2021, but that promotion may be delayed if his exception request remains pending at that time. *See* 10 U.S.C. § 14311. That possibility does not counsel in favor of expedited briefing because 1st Lt. Soto could be retroactively promoted with back pay if it were ultimately determined that he was wrongfully denied a religious exception, and in any case this Court cannot now evaluate whether the Marine Corps has wrongfully denied 1st Lt. Soto a religious exception because he has not yet exhausted his military remedies.

[3] Navy and Marine Administrative Messages are available online at the following locations:

- https://www.mynavyhr.navy.mil/Portals/55/Messages/ALNAV/ALN2021/ALN21062.txt?ver=Vbl_3soAE1K4DhYwqjSGLw%3d%3d

- https://www.marines.mil/News/Messages/Messages-Display/Article/2761259/mandatory-covid-19-vaccination-of-marine-corps-active-and-reserve-components/

- https://www.marines.mil/News/Messages/Messages-Display/Article/2803707/supplemental-guidance-to-mandatory-covid-19-vaccination-of-marine-corps-active/

1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8648
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*