# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**STEVEN CHURCH,** *et al.,*

        Plaintiffs,

v.

**JOSEPH R. BIDEN**, in his official capacity as President of the United States, *et al.,*

        Defendants.

Case No. 1:21-cv-2815 (CKK)

## DECLARATION OF JEREMY W. BEAVEN

### [with regard to Christopher Hall]

I, Jeremy W. Beaven, hereby state and declare as follows:

1.    I am a Colonel in the United States Marine Corps (USMC), currently assigned as the Chief of Staff for the 1st Marine Aircraft Wing (MAW). I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2.    I have been assigned to my current position since 19 June 2021. Prior to my current assignment, I served as a Legislative Affairs Officer for the United States Marine Corps in Washington D.C. As part of my current duties, I assist the

1

1st MAW Commanding General with personnel management, strategic planning, and operational readiness across the 1st MAW.

3. Plaintiff Christopher Hall is a Corporal (Cpl) on active duty in the USMC, and is currently assigned to Marine Aviation Logistics Squadron 24 (MALS-24), located aboard Marine Corps Base Hawaii. Cpl Hall currently serves as a helicopter/tiltrotor dynamic component mechanic.

4. MALS-24 provides 1st MAW with world-wide deployable aviation logistics materiel and personnel in support of combat operations, emergent contingency operations, theater security cooperation, and training exercises in the U.S. Indo-Pacific theater of operations. This unit must be ready at a moment's notice to deploy to austere environments where typical COVID mitigation measures, such as social-distancing and regular testing, are not feasible. If Cpl Hall remains unvaccinated, he is more susceptible to severe outcomes from this disease. As such, his vaccination status has a direct impact on the combat readiness of this unit and the Marine Corps has a compelling interest in ensuring that he is vaccinated against COVID-19.

5. On September 1, 2021, The Commandant of the Marine Corps released Marine Administrative Message 462/21, directing that all active duty Marines be fully vaccinated against COVID-19 no later than November 28, 2021. On September 14, Cpl Hall submitted a religious accommodation request to the

2

Deputy Commandant for Manpower and Reserve Affairs (DC M&RA). On September 29, 2021, DC M&RA denied Cpl Hall's religious accommodation request and informed him of his right to appeal that decision to the Commandant of the Marine Corps. On October 1, 2021, Cpl Hall received a page 11 entry notifying him that he had been granted a temporary administrative exemption to the vaccination requirement while his religious accommodation request was pending an appeal to the Commandant. A page 11 is an administrative entry in a Marine's personnel record. In this instance, it was not punitive and is not considered an adverse action. It serves as a notification of associated timelines and mandated requirements.

6. Cpl Hall submitted an appeal to the Commandant on 6 October 2021. That appeal is currently pending final action.

7. Cpl Hall has not been subjected to any form of discipline, disparate treatment, or maltreatment as a result of his reluctance to take the vaccine or this lawsuit.

8. Cpl Hall will be marked as in receipt of a temporary administrative exemption in the Medical Readiness and Reporting System during the pendency of his religious accommodation appeal. At this time, the command has not initiated any adverse administrative or disciplinary action in the case of Cpl Hall. I am also not aware of any previous adverse administrative action or disciplinary action

3

being taken against Cpl Hall related to his unvaccinated status. I have also confirmed this with the MALS-24 Executive Officer, Major Alexander M. Monte.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2021.

J. W. BEAVEN

4