# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN CHURCH, et al.,

          Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity
as President of the United States, et al.,

          Defendants.

Case No. 1:21-cv-2815 (CKK)

## DECLARATION OF WILLIAM M. JURNEY

### [with regard to Andrew Soto]

I, William M. Jurney, hereby state and declare as follows:

1. I am a Lieutenant General in the United States Marine Corps (USMC), currently assigned as the Commanding General, II Marine Expeditionary Force (II MEF). I make this declaration in my official capacity, based upon my personal knowledge and upon information that has been provided to me in the course of my official duties.

2. I have been assigned to my current position since July 2021. Prior to my current assignment, I served as Commanding General, Marine Air Ground

1

Task Force Training Command and Marine Corps Air Ground Combat Center from 2020-2021.

3. My Marine Corps career began in 1987 as an infantryman. In 1988, I was commissioned through the Enlisted Commissioning Program. From 1989-1992, I served as a Rifle Platoon Commander and Company Executive Officer in 2d Battalion, 4th Marines participating with the 22nd Marine Expeditionary Unit (MEU) in support of Operation Sharp Edge in the U.S. Embassy, Monrovia, Liberia and deploying in support of Operations Desert Shield and Desert Storm.

(a) Other operational assignments I have had include Rifle Company Commander and Battalion Operations Officer with 3d Battalion, 8th Marines (1996-2000). While serving as the Operations Officer for Battalion Landing Team 3/8, I deployed with the 26th MEU which provided security to refugee camps in Albania (Joint Task Force Shining Hope) and conducted peace support operations in Kosovo (Joint Guardian). From 2004-2007, I served as the Commanding Officer of 1st Battalion, 6th Marines, deploying the battalion twice in support of Operation Iraqi Freedom to the cities of Fallujah and Ramadi. In 2011, I assumed command of 2d Marine Regiment until deploying in 2013 to Afghanistan for duty as the Executive Officer to the Commander, International Security Assistance Force (ISAF).

(b) My service outside the Fleet Marine Forces (FMF) include: Company Commander and Assistant Director of Drill Instructor School at Marine Corps Recruit Depot, Parris Island, South Carolina (1992-1995); Commanding Officer, Recruiting Station Baltimore, Maryland (2001-2004); and Chief of Plans, U.S. Joint Forces Command, Norfolk, Virginia (2009-2011).

(c) My General Officer assignments include: Deputy Director for Joint Training, Joint Staff J7 (2014-2016); Commanding General, Marine Corps Recruit Depot San Diego and the Western Recruiting Region (2016-2018); Commanding General, 3d Marine Division, Okinawa, Japan (2018-2020); and Commanding General, Marine Air Ground Task Force Training Command and the Marine Corps Air Ground Combat Center (2020-2021).

(d) My professional military education includes The Basic School Course, Infantry Officers Course, Amphibious Warfare School, Marine Corps Command and Staff College, and the Naval War College. I earned a master's degrees in Military Studies, and in National Security and Strategic Studies.

4.   Plaintiff Andrew Soto is a First Lieutenant ("1stLt") on active duty in the Marine Corps and assigned to II Marine Expeditionary Force, Information Group located aboard Marine Corps Base, Camp Lejeune, North Carolina. Describe Soto's duties consist of: production Officer-in-Charge, responsible for all photo, video and graphics products released by II MEF Information Group (MIG)

3

Communications and Strategy (COMMSTRAT) Company in support of II MIG campaign plan; providing quality control, review and give final approval for products uploaded to Defense Visual Information Distribution Service (DVIDS); review and submit training requirements for photo, video, and graphics departments; lead, train, and mentor assigned COMMSTRAT Marines and ensure mission accomplishment; coordinate production support with higher headquarters, combined and adjacent units for upcoming exercises, training events, and planned engagement products; serve as a subject matter expert for COMMSTRAT and provide counsel to the commander, staff, and senior leaders on emergent issues and crises; prepare communication guidance for exercises, operations and incidents; serve as the Responsible Officer for II MIG COMMSTRAT company, charged with the tracking and inventory of all gear assigned on the Consolidated Memorandum Receipt; and provide assistance and input as Operations in the Information Environment Officer.

5. Potential exposure to COVID-19 can have a significant impact on the operations of II MEF forces aboard Camp Lejeune and deployed worldwide. As the II MEF CG, my responsibilities are to train, man, and equip a force capable of projecting offensive combat ashore while sustaining itself in combat without external assistance for a period of 60 days. With more than 47,000 Marines and Sailors, I oversee a Marine Air Ground Task Force (MAGTF) concept that is

4

flexible and scalable under a single commander. Additionally, I ensure II MEF forces are capable of providing Joint Force Commanders with capabilities to conduct: Humanitarian support and natural disaster relief operations, rapid crisis response, ability to operate independent of established airfields, basing agreements, and over-flight rights, ability to train with allied forces as part of a threaten engagement plan, and to provide a forward deployed and credible deterrent force (ex. A Marine Expeditionary Unit). Currently, II MEF has approximately 3,600 personnel deployed in support of Geographic Combatant Commander requirements worldwide in U.S. Northern Command, U.S. Pacific Command and U.S. European Command. Another 2,000 are deployed across the United States conducting training to either sustain readiness or prepare for upcoming deployments. COVID vaccinations ensure our ability to sustain and rapidly deploy a ready force, which is my responsibility to ensure.

6. On September 17, 2021, 1stLt Soto received a page 11 entry notifying him of the requirement to become fully vaccinated against COVID-19 no later than November 28, 2021. This administrative entry into his service record book also notified him of administrative exemptions. A page 11 is neither punitive nor considered an adverse action in a Marine's personnel record. It serves as a notification of associated timelines and mandated requirements. In the page 11,

1stLt Soto indicated his intent to request a religious accommodation exempting him from the vaccine requirement.

7. 1stLt Soto submitted a religious accommodation request to the Deputy Commandant for Manpower and Reserve Affairs ("DC M&RA"). On October 19, 2021, DC M&RA denied 1stLt Soto's religious accommodation request and informed him of his right to appeal that decision to the Commandant of the Marine Corps. On October 21, 2021, 1stLt Soto received a page 11 informing him of his right to appeal the denial of his religious accommodation request within 10 days of receiving the denial letter. In the page 11, 1stLt Soto indicated his desire to submit an appeal. As of October 31, 2021, I am not aware of 1stLt Soto submitting an appeal.

8. 1stLt Soto has not been subject to any form of discipline or disparate treatment, nor any form of maltreatment, either as a result of his reluctance to take the vaccine or as a result of this lawsuit. 1stLt Soto continues to perform his duties in a professional and proficient manner.

9. 1stLt Soto will be marked as in receipt of a temporary administrative exemption in the Medical Readiness and Reporting System (MRRS) during the pendency of his religious accommodation appeal. At this time, I have not initiated any adverse administrative or disciplinary action in the case of 1stLt Soto. I am also not aware of any previous adverse administrative action or disciplinary action

being taken against 1stLt Soto related to his unvaccinated status. I have also confirmed with 1stLt Soto's Group Commander no adverse administrative action or disciplinary action has been initiated against him.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2021.

*W. M. JURNEY*

7