# EXHIBIT 8

# EXHIBIT 8

**THE WHITE HOUSE**

Washington

September 20, 2021

MEMORANDUM FOR ALL STAFF OF THE
EXECUTIVE OFFICE OF THE PRESIDENT

FROM:    ANNE FILIPIC
ASSISTANT TO THE PRESIDENT AND DIRECTOR OF THE WHITE HOUSE
OFFICE OF MANAGEMENT & ADMINISTRATION AND THE OFFICE OF
ADMINISTRATION

SUBJECT:   POLICY REQUIRING CORONAVIRUS DISEASE 2019 (COVID-19)
VACCINATION FOR THE EXECUTIVE OFFICE OF THE PRESIDENT

As stated in the President's Executive Order on Requiring Coronavirus Disease 2019 Vaccination for Federal Employees, the B.1.617.2 (Delta) variant of COVID-19 is highly contagious and has led to a rapid rise in cases and hospitalizations, and the Centers for Disease Control and Prevention (CDC) has determined that the best way to slow the spread of COVID-19 and to prevent infection by the Delta variant or other variants is to be vaccinated.  As a result, the President has determined that it is necessary to require COVID-19 vaccination for all federal employees, subject only to such exceptions as required by law.

Consistent with the Executive Order, all staff of the Executive Office of the President (EOP) must obtain a COVID-19 vaccination unless granted an exception as required by law.  This requirement applies to all full-time, part-time, temporary, and term-limited career and noncareer employees; interns; volunteers; Intergovernmental Personnel Act assignees; and experts or consultants retained under the hiring authority of each component.[1]  Employees who decline to obtain a COVID-19 vaccination and have not received an approved exception as required by law will be counseled on the benefits of vaccination, and continued failure to comply with the vaccination requirement will result in disciplinary action up to and including termination.  The Office of Management and Administration will implement this program for all EOP components, including processes for confirming vaccination status, providing supporting documentation, and claiming a legal exception.

In addition, consistent with the President's Executive Order on Ensuring Adequate COVID-19 Safety Protocols for Federal Contractors, EOP components shall, to the extent permitted by law, ensure that contracts and contract-like instruments covered by the Executive Order include a clause that the contractor and any subcontractors (at any tier) shall incorporate into lower-tier

---

[1] Other government employees such as detailees shall be covered by the COVID-19 vaccination program of their home agency, but will be required to provide proof of vaccination or documentation demonstrating that they qualify for an approved exception to the program to the Office of Management and Administration.

Page **1** of **2**

subcontracts.  This clause shall specify that the contractor or subcontractor shall, for the duration of the contract, comply with all guidance for contractor or subcontractor workplace locations published by the Safer Federal Workforce Task Force (Task Force Guidance), provided that the Director of the Office of Management and Budget approves the Task Force Guidance and determines that, if adhered to by contractors or subcontractors, it will promote economy and efficiency in federal contracting.  This clause shall apply to any workplace locations (as specified by the Task Force Guidance) in which an individual is working on or in connection with a federal government contract or contract-like instrument.  EOP components shall follow the guidance and policy direction related to implementation of the above clause issued pursuant to the President's Executive Order.  EOP components are also strongly encouraged to include the clause in contracts or contract-like instruments that are not subject to the order as appropriate.

This policy shall be implemented consistent with applicable law and subject to the availability of appropriations.  It is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.  If any provision of this policy, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this policy and the application of any of its other provisions to any other persons or circumstances shall not be affected thereby.