IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 21-cv-2815 (CKK) |

**NOTICE**

Defendants respectfully submit this notice concerning their memorandum in opposition to Plaintiffs' application for a temporary restraining order and preliminary injunction, *see* ECF No. 13. On page 32 of that brief, the government contended that Plaintiffs could not proceed directly under the Federal Food, Drug, and Cosmetic Act ("FDCA") because that statute does not create a private right of action. The government further observed that Plaintiffs would be unable to reframe their claim under the Administrative Procedure Act ("APA") because 21 U.S.C. § 337 precluded APA review pursuant to 5 U.S.C. § 701(a).

Since the government filed its brief, we have become aware of D.C. Circuit authority rejecting this argument in a different context. *See In re Fed. Bureau of Prisons' Execution Protocol Cases*, 980 F.3d 123, 137 (D.C. Cir. 2020) (acknowledging that the FDCA may not provide a private right of action but concluding that 21 U.S.C. § 337 "does not provide the type of comprehensive review scheme for those adversely affected by agency action that would displace the APA"). We regret the oversight.

Dated: November 4, 2021                                  Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

CHRISTOPHER HALL
CARLOTTA P. WELLS
Assistant Directors

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
ANDREW E. CARMICHAEL
Senior Trial Counsels
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-8648
E-mail:  steven.a.myers@usdoj.gov

*Counsel for Defendants*