UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br>     Plaintiffs, <br> v. <br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br>     Defendants. | Civil Action No. 21-2815 (CKK) |

ORDER
(November 8, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **DENIES** Plaintiffs' [5] Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction.

**SO ORDERED.**

**Dated**: November 8, 2021

/s/<br>
COLLEEN KOLLAR-KOTELLY<br>
United States District Judge