IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 21-cv-2815 (CKK) |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in compliance with the Court's order of November 9, 2021. The parties have conferred and agree that in light of this Court's order denying Plaintiffs' motion for a preliminary injunction, *see* ECF Nos. 16, 17, Defendants should respond to the complaint within sixty days of service on the United States Attorney, as provided for by Federal Rule of Civil Procedure 12(a)(2)—i.e., on January 11, 2022.[1] The parties further agree that briefing on that motion should be governed by the Local Rules of this Court, provided that either party may seek a reasonable extension of time for good cause shown.

The parties agree that because Plaintiffs' motion for a preliminary injunction is no longer pending, Defendants are not under any continuing obligation to notify the Court in the event that any specific Plaintiff's request for a religious exception is denied. *Cf.* ECF No. 8 (Defendants' notice, proposing to provide such notice during the pendency of the preliminary injunction motion). Should any Plaintiff receive notice of such a denial from his employing agency, however, Plaintiffs reserve the right to seek leave to amend the complaint.

---

[1] The United States Attorney for the District of Columbia was served earlier today.

| | |
|---|---|
| Dated:  November 12, 2021 | Respectfully submitted, |
| /S/ MICHAEL A. YODER<br>Michael A. Yoder [1600519]<br>THE LAW OFFICE OF<br>MICHAEL A. YODER, PLLC<br>2300 Wilson Blvd., Suite 700<br>Arlington, VA 22202<br>Tel: (571) 234-5594<br>Fax: (571) 327-5554<br>michael@yoderesq.com<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>CHRISTOPHER HALL<br>CARLOTTA P. WELLS<br>Assistant Directors<br><br>/s/ *Steven A. Myers*<br>STEVEN A. MYERS (NY Bar No. 4823043)<br>ANDREW E. CARMICHAEL<br>Senior Trial Counsels<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel:  (202) 305-8648<br>E-mail:  steven.a.myers@usdoj.gov<br><br>*Counsel for Defendants* |