IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 21-cv-2815 (CKK) |

**DEFENDANTS' CONSENT MOTION
TO STAY DEADLINE TO RESPOND TO COMPLAINT**

Defendants respectfully move to stay their deadline to answer or otherwise respond to the complaint in this case. In support of that request, Defendants state as follows.

1. Plaintiffs commenced this action by filing a complaint on October 24, 2021. *See* ECF No. 1. Plaintiffs served the United States Attorney for the District of Columbia on November 12, 2021, and Defendants' response to the Complaint is therefore due January 11, 2022. *See* Fed. R. Civ. P. 12(a)(2).

2. Counsel for Plaintiffs has informed counsel for Defendants that Plaintiffs expect to file an amended complaint by Friday, January 7, 2022. Should Plaintiffs file an amended complaint, the original complaint will be moot, and Defendants' default deadline to respond to the amended complaint will be fourteen days from its filing. *See* Fed. R. Civ. P. 15(a)(3).

3. In order to avoid any possibility of Defendants failing to timely respond to the original complaint in the unanticipated event that Plaintiffs do not file their amended complaint prior to January 11, 2022, Defendants respectfully request that the Court stay their deadline to

respond to the original complaint filed in this case. Defendants will respond to the amended complaint in compliance with the Federal Rules and any subsequent order from this Court.

4. Counsel for Defendants conferred with counsel for Plaintiffs before filing this motion. Counsel for Plaintiffs indicated that Plaintiffs consent to the relief requested herein.

Dated: January 5, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
ANDREW E. CARMICHAEL
Senior Trial Counsel
JOSEPH J. DEMOTT
COURTNEY D. ENLOW
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8648
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*