IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH BIDEN, in his official capacity as President of the United States, *et al.*<br><br>*Defendants*, | Civil Action No.: 1:21-cv-2815 (CKK) |

# NOTICE

Plaintiffs submit this notice in response to the Court's minute order dated January 12, 2022. instructing Plaintiffs to advise as to "whether or not [Plaintiffs] intend to file an amended complaint and, if so, a proposed date for doing so." *Id.*

1.  Plaintiffs do intend to file an amended complaint and propose a deadline of January 21, 2022 for doing so.

Dated: January 14, 2022.

Respectfully submitted,

By: /S/ MICHAEL A. YODER
Michael A. Yoder
THE LAW OFFICE OF MICHAEL A. YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 22202
Tel: (571) 234-5594
Fax: (571) 327-5554
michael@yoderesq.com

*Counsel for Plaintiffs*