IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 21-cv-2815 (CKK) |

## NOTICE OF DENIAL OF RELIGIOUS ACCOMMODATION REQUEST

Defendants hereby provide notice that on February 11, 2022, the Assistant Commandant for the Marine Corps disapproved the appeal of Plaintiff Soto regarding Plaintiff Soto's request for religious accommodation from the COVID-19 vaccine directive. Plaintiff Soto has not yet been disciplined nor processed for separation. Further, and as discussed in Defendants' motion to dismiss, Plaintiff Soto may continue to avail himself of administrative remedies within the military. *See* ECF No. 23, at 10. In Defendants' view, Plaintiff Soto's claims therefore remain unreviewable. *See id.*

Defendants will be prepared to further address the implications of this development for the Court's jurisdiction in their reply memorandum supporting their motion to dismiss.

Dated: February 15, 2022         Respectfully submitted,

                                BRIAN M. BOYNTON
                                Acting Assistant Attorney General

                                ANTHONY J. COPPOLINO
                                Deputy Director

CHRISTOPHER HALL
CARLOTTA P. WELLS
Assistant Directors

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Directors

/s/ *Stuart J. Robinson*
STEVEN A. MYERS (NY Bar No. 4823043)
ANDREW E. CARMICHAEL
Senior Trial Counsels
STUART J. ROBINSON
Senior Counsel
JOSEPH J. DEMOTT
COURTNEY D. ENLOW
R. CHARLIE MERRITT
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (415) 436-6635
E-mail:  stuart.j.robinson@usdoj.gov

*Counsel for Defendants*