# EXHIBIT 1
Declaration of Jason Coffey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN CHURCH,** *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>**JOSEPH R. BIDEN,** *et al.*<br><br>*Defendants.* | Civil Action No.: 1:21-cv-2815 (CKK) |

### DECLARATION OF JASON COFFEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

**I, JASON COFFEY, declare as follows:**

1. I am a federal employee with the United States Federal Bureau of Investigation and a Plaintiff in the above-captioned action. I am providing this declaration based on my own personal knowledge and if called as a witness, I could and would testify competently as to all statements included herein.

2. My agency has issued a vaccine mandate requiring me to be fully vaccinated by November 22, 2021, or else be subjected to increasing discipline, up to termination. I have not been vaccinated and do not plan to get vaccinated.

3. I submitted a request for a religious accommodation on the basis that my sincerely held religious beliefs prohibit me from complying with the vaccine mandate. That being said, I should not have to seek an accommodation for a mandate that is what I believe to be unlawful.

4. Unfortunately, the only manner in which I could preserve my fundamental right to maintain a career of my choosing or remain free from inoculation against my will is through the assertion of another fundamental right – my fundamental right to freely exercise religion.

5. In filing this action, I challenged the constitutionality of the vaccine mandate on two grounds:

    a. The vaccine mandate is unconstitutional on its face as I should not be forced to choose between my job and inoculation against my will; and

    b. Even if the vaccine mandate is constitutional, I am entitled to a religious accommodation exempting me from any such mandate based on my sincerely held religious beliefs.

6. Despite submitting my accommodation request more than four months ago, I have not heard back from my employer as to whether it has been, or ever would be approved. Instead, I have been informed that my employer is no longer even considering my accommodation request for review.

7. As a result of being unvaccinated, I have been subjected to general hostility in the workplace. I am treated differently than I was prior to when the vaccine mandate came into effect. I am subjected to numerous policies that other employees are not. My employer makes me wear a mask and socially distance because I am unvaccinated. Meanwhile, vaccinated co-workers who also risk contraction and transmission of COVID-19 are not subject to the same policies. Additionally, I currently am informed that I will be subjected to mandatory testing in the imminent future while again, vaccinated employees who can contract and transmit COVID-19 are exempt from this policy. This policy is discriminatory and targets me because of my religious beliefs.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2022.

Jason Coffey (Feb 25, 2022 10:52 PST)

**JASON COFFEY**