# EXHIBIT 2

Declaration of Somer Stephens

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVEN CHURCH**, *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>**JOSEPH R. BIDEN**, *et al.*<br><br><br>    *Defendants*. | Civil Action No.: 1:21-cv-2815 (CKK) |

**DECLARATION OF SOMER STEPHENS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**I, Somer Stephens, declare as follows:**

1. I am a federal employee with the United States Department of Energy and a Plaintiff in the above-captioned action. I am providing this declaration based on my own personal knowledge and if called as a witness, I could and would testify competently as to all statements included herein.

2. My agency has issued a vaccine mandate requiring me to be fully vaccinated by November 22, 2021, or else be subjected to increasing discipline, up to termination. I have not been vaccinated and do not plan to get vaccinated.

3. I submitted a request for a religious accommodation on the basis that my sincerely held religious beliefs prohibit me from complying with the vaccine mandate. That being said, I should not have to seek an accommodation for a mandate that is what I believe to be unlawful.

4.      Unfortunately, the only manner in which I could preserve my fundamental right to maintain a career of my choosing or remain free from inoculation against my will is through the assertion of another fundamental right – my fundamental right to freely exercise religion.

5.      In filing this action, I challenged the constitutionality of the vaccine mandate on two grounds:

   a. The vaccine mandate is unconstitutional on its face as I should not be forced to choose between my job and inoculation against my will; and

   b. Even if the vaccine mandate is constitutional, I am entitled to a religious accommodation exempting me from any such mandate based on my sincerely held religious beliefs.

6.      Despite submitting my accommodation request more than four months ago, I have not heard back from my employer as to whether it has been, or ever would be approved. Instead, I have been informed that my employer is no longer even considering my accommodation request for review.

7.      As a result of being unvaccinated, I have been subjected to general hostility in the workplace. I am treated differently, in a negative manner, than I was prior to when the vaccine mandate came into effect. I am subjected to a COVID-19 testing policy that requires me to be tested at least weekly or face disciplinary action, up to removal. Meanwhile, vaccinated co-workers who also risk contraction and transmission of COVID-19 are not subject to the same policy. This policy is rooted in discrimination, rejects science and factual reasoning and targets me because of my religious beliefs.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2022.

_____
**Somer Stephens**