UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN CHURCH, *et al.*,
    Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,
    Defendants.

Civil Action No. 21-2815 (CKK)

ORDER
(May 11, 2022)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS IN PART** Defendants' [23] Motion to Dismiss as to the claims of the Federal Employee Plaintiffs. The Court **ORDERS** that this case is **DISMISSED** without prejudice as to the following Plaintiffs: Steven Church, Lesley Church, Alma Gonzalez, Dynika Barnwell, Douglas Czerwinski, Jason Coffey, Joshua Schmidt, Melina Royer, Tamika Walls, Jaime Espitia, Somer Stephens, Alex Berne, Alan Camp, Stephanie Perrotta, Christopher Axtell, Grace Brown, Kristofor Hallfrisch, and Dorothy Morgan. As such, there are no remaining claims pending against the following Defendants, who shall be **DISMISSED** from the case: Antony Blinken, Janet Yellen, Merrick Garland, Debra Ann Haaland, Thomas Vilsack, Gina M. Raimondo, Martin J. Walsh, Xavier Becerra, Marcia L. Fudge, Peter Buttigieg, Jennifer Granholm, Miguel Cardona, Alejandro Mayorkas, Clarence W. Nelson II, Kilolo Kijakazi, Robin Carnahan, and Denis McDonough.

The Court **HOLDS IN ABEYANCE** the remainder of Defendants' [23] Motion to Dismiss.

**Dated**: May 11, 2022

                                            /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge