IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | No. 21-cv-2815 (CKK) |

**DEFENDANTS' RESPONSE TO MINUTE ORDER OF AUGUST 2, 2022**

In response to the Court's August 2, 2022, Minute Order, Defendants provide the following update on the current status of military proceedings as to Plaintiffs Christopher Hall and Andrew Soto.

**Plaintiff Christopher Hall**: After his initial religious accommodation request and subsequent appeal of his initial request to be exempt from the COVID-19 vaccination were denied, Plaintiff Christopher Hall was ordered to receive the vaccine on December 13, 2021. Ex. 1, Declaration of Corporal Audrianna Sianez, Unites Marine Corps ("Sianez Decl.") ¶ 3. After he declined to receive the vaccine, Cpl Hall was notified of processing for administrative separation pursuant to the procedures set forth in MCO 1900.16 (Marine Corps Separation Manual) on January 21, 2022. *Id.* On that same date, Cpl Hall acknowledged his right to submit matters rebutting the proposed separation for the separation authority's consideration, and he waived his right to submit matters in rebuttal. *Id.* On February 24, 2022, the separation authority, Commanding General, 1st MAW, approved Cpl Hall's discharge with a characterization of service of General (under Honorable conditions). *Id.* On March 16, 2022, the USMC discharged Cpl Hall. *Id.* Cpl Hall may still seek review of his discharge and the characterization of service through the cognizant boards,

1

including the Naval Discharge Review Board and the Board for Correction of Naval Records, in accordance with those board's relevant statutes and regulations. *Id.* ¶ 4.

**Plaintiff Andrew Soto**: After his initial religious accommodation request and subsequent appeal of his initial request to be exempt from the COVID-19 vaccination directive were denied, Plaintiff First Lieutenant ("1stLt") Andrew Soto was ordered to receive the vaccine on February 15, 2022. Ex. 2, Declaration of Colonel Koichi Takagi, Unites Marine Corps ("Takagi Decl.") ¶ 2. After he declined to receive the vaccine, a report of misconduct was forwarded to Commanding General, II MEF, and 1stLt Soto was later notified of processing for administrative separation. *Id.* Since 1stLt Soto has over 18 years of combined enlisted and commissioned service, Commanding General, II MEF exercised his discretion and determined that Board of Inquiry ("BOI") procedures, in accordance with Secretary of the Navy Instruction (SECNAVINST) 1900.6D (Administrative Separation of Officers), which afford a hearing and representation by counsel, would be appropriate (even though they were not required) in this case.

On June 28, 2022, a BOI composed of three officers found that there was no basis to support separation processing. *Id.* ¶ 3. Therefore, 1stLt Soto remains on active duty in the Marine Corps. At the hearing, 1stLt Soto's counsel argued that he could not comply with the order to be vaccinated because according to his counsel, Camp Lejeune did not have any Comirnaty-labeled vaccine doses at the time the order was issued. *Id.* The BOI accepted that argument and found that there was no basis to support separation processing at that time due to the alleged unavailability of Comirnaty-labeled doses at Camp Lejeune.[1] *Id.*

---

[1] The BOI found that the only FDA-approved vaccines are Comirnaty-labeled doses. *Id.* The Government disagrees with that finding.

2

Comirnaty-labeled vaccine doses are now available at Camp Lejeune. *Id.* ¶ 4. Accordingly, 1stLt Soto will soon be ordered to receive a Comirnaty-labeled vaccine.[2] *Id.* If he refuses, he may once again be subject to administrative separation proceedings including another BOI. *Id.*

| | |
|---|---|
| Dated: August 12, 2022 | Respectfully submitted, |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew E. Carmichael*
ANDREW E. CARMICHAEL
(VA Bar 76578)
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3346
E-mail: andrew.e.carmichael@usdoj.gov

*Counsel for Defendants*

---

[2] 1stLt Soto will also be informed of the availability of the Novavax COVID-19 vaccine. *See* Takagi Decl ¶ 4 n. 1.