IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>JOSEPH R. BIDEN,<br>President of the United States, *et al.*,<br><br>       Defendants. | Case No. 1:21-cv-2815 (CKK) |

### **DEFENDANTS' RESPONSE TO THE ORDER TO SHOW CAUSE**

On December 23, 2022, the Court issued a minute order directing the parties to show cause why this matter should not be dismissed as moot in light of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub. L. No. ___, H.R. 776, 117th Cong. (2022) ("NDAA"), Section 525 of which directs the Secretary of Defense to "rescind the mandate that members of the Armed Forces be vaccinated against COVID-19." Defendants respectfully submit that at least some and possibly all aspects of this case will become moot and that the Court should order further briefing on mootness after the rescission mandated by the NDAA is implemented by the Department of Defense.

    1.    The remaining Plaintiffs in this action were two active-duty Marines. They seek an order enjoining the Marine Corps "from enforcing, threatening to enforce, attempting to enforce, or otherwise requiring compliance with the Vaccine Mandate." Compl. at 75, ECF No. 1.[1] They sought a preliminary injunction, which this Court denied. *Church v. Buden*, 573 F. Supp. 3d 118

---

[1] This case originally also included eighteen civilian government employees seeking to enjoin the separate vaccination mandate applicable to them. The Court dismissed those claims, leaving only the claims related to the military's vaccination requirement. *See Church v. Biden*, No. 21-cv-2815, 2022 WL 1491100 (D.D.C. May 11, 2022).

(D.D.C. 2021). At the Court's direction, the parties filed supplemental briefs on the military Defendants' motion to dismiss, and that motion is fully briefed. ECF Nos. 23, 27, 28, 35, 36, 37.

2. On December 23, 2022, the President signed the NDAA. Section 525 of the Act states: "Not later than 30 days after the date of the enactment of this Act, the Secretary of Defense shall rescind the mandate that members of the Armed Forces be vaccinated against COVID-19 pursuant to the memorandum dated August 24, 2021, regarding 'Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members.'" Immediately after the President signed the NDAA, this Court issued its minute order directing the parties to show cause why the case is not moot.

3. Once the Secretary of Defense takes the action required by Section 525, this case will become moot at least insofar as it seeks an injunction against enforcement of the military's COVID-19 vaccination requirement. *See Am. Bar Ass'n v. FTC*, 636 F.3d 641, 643 (D.C. Cir. 2011) ("It is well established that a case must be dismissed as moot if new legislation addressing the matter in dispute is enacted while the case is still pending."). The full impact of the rescission on Plaintiffs' claims will be better understood, however, after the Secretary issues the recission. Defendants therefore respectfully propose that the parties to submit a joint status report one week after the Secretary issues the recission of the COVID-19 vaccination requirement proposing a schedule for further proceedings, including any supplemental briefing on the issue of mootness.

Dated: January 6, 2023                              Respectfully submitted,

                                               BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO

        Deputy Director, Federal Programs Branch

        */s/ Johnny Walker*
        ANDREW E. CARMICHAEL
        VA Bar. #76578
        Senior Trial Counsel
        STUART J. ROBINSON
        Senior Counsel
        JOHNNY H. WALKER
        DC Bar # 991325
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 514-3183
        Fax: (202) 616-8470
        Email: johnny.h.walker@usdoj.gov

        *Counsel for Defendants*