# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, *et al.*<br><br>*Defendants*. | Civil Action No.: 1:21-cv-2815 (CKK) |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

On December 23, 2022, the Court issued a minute order directing the parties to show cause why this matter should not be dismissed as moot in light of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub. L. No. ___, H.R. 776, 117th Cong. (2022) ("NDAA"). On January 6, 2023, Defendants[1] filed a Response to this Court's Order to show cause proposing that the parties' file a Joint Status Report one week after the Secretary of Defense issues the recission of the military's COVID-19 vaccination requirement.

Plaintiffs agrees with the Defendants' proposal.

---

[1] The original Defendants in this action were Joseph R. Biden, *in his official capacity as President of the United States*, Lloyd J. Austin III, *in his official capacity as Secretary of Defense*, Antony J. Blinken, *in his official capacity as Secretary of State*, Janet Yellen, *in her official capacity as Secretary of Treasury*, Lloyd Austin, *in his official capacity as Secretary of Defense*, Merrick B. Garland *in his official capacity as United States Attorney General*, Debra Ann Haaland *in her official capacity as Secretary of Interior,*  Thomas J. Vilsack, *in his official capacity as Secretary of Agriculture,* Gina M. Raimondo, *in her official capacity as Secretary of Commerce,* Martin J. Walsh, *in his official capacity as Secretary of Labor,* Xavier Becerra, *in his official capacity as Secretary of Health and Human Services,* Marcia L. Fudge, *in his official capacity as Secretary of Housing and Urban Development,* Peter Buttigieg *in his official capacity as Secretary of Transportation,* Jennifer Granholm, *in her official capacity as Secretary of Energy,* Miguel Cardona, *in his official capacity as Secretary of Education,* Denis McDonough, *in his official capacity as Secretary of Veterans Affairs,* Alejandro Mayorkas, *in his official capacity as Secretary of Homeland Security,* Clarence W. Nelson II, *in his official capacity as Administrator of the National Aeronautics and Space Administration,* Kilolo Kijakazi, *in her official capacity as Acting Commissioner of the Social Security Administration,* and Robin Carnahan, *in her official capacity as Administrator of General Services Administration* (collectively, the "United States", "government", or "Defendants").

Accordingly, Plaintiffs Hall and Soto respectfully request that the Court hold ruling on the question of whether this case should be dismissed as moot until mandate has been rescinded and provide the parties one week to supplement this notice with a Joint Status Report.

Dated: January 9, 2023

        Respectfully submitted,

        /S/ MICHAEL A. YODER
        Michael A. Yoder
        THE LAW OFFICE OF MICHAEL A. YODER, PLLC
        2300 Wilson Blvd., Suite 700
        Arlington, VA 22209
        Tel: (571) 234-5594
        Fax: (571) 237-5554
        michael@yoderesq.com

        *Counsel for Plaintiffs*