IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*, <br>     Plaintiffs, <br> v. <br> JOSEPH R. BIDEN, <br> President of the United States, *et al.*, <br>     Defendants. | Case No. 1:21-cv-2815 (CKK) |

**DEFENDANTS' NOTICE OF
RESCISSION OF THE COVID-19 VACCINATION REQUIREMENT**

Defendants file this notice to inform the Court that on January 10, 2023, the Secretary of Defense implemented Section 525 of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023 ("NDAA"). *See* Pub. L. No. 117-263, § 525 (Dec. 23, 2022), 136 Stat 2395. Section 525 of the NDAA directs the Secretary, within 30 days, to rescind the August 2021 memorandum requiring vaccination of service members for COVID-19.

Pursuant to the NDAA, the Secretary of Defense issued a memo on January 10, 2023, rescinding his August 24, 2021, memorandum, which required COVID-19 vaccination, and rescinding his November 30, 2021, memorandum, which required COVID-19 vaccination for members of the National Guard and the Ready Reserve. *See* 1/10/2023 SECDEF Memo ("Rescission Memo") (attached as Ex. 1).

The Rescission Memo prohibits separations based solely on refusal of the COVID-19 vaccine by service members who sought an exemption. *Id.* The Rescission Memo further directs the Services to update the records of individuals currently serving to remove any adverse actions solely associated with the denial of an accommodation request. *Id.* The Rescission Memo also halts the processing of requests for exemption to the now-defunct mandate. *Id.*

Pursuant to the Court's minute order dated January 10, 2023, the parties will file a joint status report indicating how they intend to proceed in this matter no later than January 17, 2023.

| | |
|---|---|
| Dated: January 11, 2023 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS<br>Director, Federal Programs Branch |
| | ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch |
| | */s/ Johnny Walker*<br>ANDREW E. CARMICHAEL<br>VA Bar. #76578<br>Senior Trial Counsel<br>STUART J. ROBINSON<br>Senior Counsel<br>JOHNNY H. WALKER<br>DC Bar # 991325<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 514-3183<br>Fax: (202) 616-8470<br>Email: johnny.h.walker@usdoj.gov |
| | *Counsel for Defendants* |