IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN CHURCH, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN,<br>President of the United States, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-2815 (CKK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action. Each party will bear its own costs and fees.

Respectfully submitted,

  /s/ Michael A. Yoder
Michael A. Yoder [1600519]
THE LAW OFFICE OF MICHAEL A.
YODER, PLLC
2300 Wilson Blvd., Suite 700
Arlington, VA 22202
Tel: (571) 234-5594
Fax: (571) 327-5554
michael@yoderesq.com
*Counsel for Plaintiffs*

Dated: January 19, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

  /s/ Johnny Walker
ANDREW E. CARMICHAEL
VA Bar. #76578
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
JOHNNY H. WALKER
DC Bar # 991325
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3183
Fax: (202) 616-8470
Email: johnny.h.walker@usdoj.gov
*Counsel for Defendants*