UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW SOTO, *et al.*,
    Plaintiffs,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,
    Defendants.

Civil Action No. 21-2815 (CKK)

**ORDER**
(January 23, 2023)

In light of the parties' [42] Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 23rd day of January, 2023, hereby

**ORDERED**, that this case is **DISMISSED**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge